495-07/MEU/JPG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
ARTEMIS SEACARRIERS LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Jan P. Gisholt (JG 3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CIV.   (   )

ARTEMIS SEACARRIERS LTD.,

                  Plaintiff,

- against –

SHANXI INTERNATIONAL
COUNTERTRADE CORP. (SICC),

                  Defendant.
------------------------------------------------------------x

**JUDGE CROTTY**

**07 CIV 9348**

**RULE 7.1 STATEMENT**

RECEIVED OCT 18 2007 U.S.D.N.Y. CASHIERS

ARTEMIS SEACARRIERS LTD., by and through its undersigned attorneys, Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       October 18, 2007

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          ARTEMIS SEACARRIERS LTD.

     By: _____
                          Michael E. Unger (MU 0045)
                          Jan P. Gisholt (JG 3768)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Facsimile: (212) 425-1901

NYDOCS1/291212.1