Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
SHANXI INTERNATIONAL COUNTERTRADE CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEMIS SEACARRIERS LTD., <br><br> Plaintiff, <br><br> -against- <br><br> SHANXI INTERNATIONAL COUNTERTRADE CORP., <br><br> Defendant. | 07 Civ. 9348 (PAC) <br><br> **NOTICE OF APPEARANCE** |

    Holland & Knight LLP, by Michael J. Frevola, hereby gives notice to all parties of its appearance as counsel for Defendant, Shanxi International Countertrade Corp.

Dated: New York, New York
       November 16, 2007

HOLLAND & KNIGHT LLP

By: _/s/ Michael J. Frevola_
Michael J. Frevola
195 Broadway
New York, NY 10007-3189
Tel:  (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Defendant*
*Shanxi International Countertrade Corp.*