Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
SHANXI INTERNATIONAL COUNTERTRADE CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARTEMIS SEACARRIERS LTD.,<br><br>                    Plaintiff,<br><br>          -against-<br><br>SHANXI INTERNATIONAL COUNTERTRADE CORP.,<br><br>                    Defendant. | 07 Civ. 9348 (PAC)<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

I, Michael J. Frevola, attorney of record for garnishee SHANXI INTERNATIONAL COUNTERTRADE CORP. ("Shanxi"), having filed an initial pleading in the captioned action and pursuant to Federal Rule of Civil Procedure 7.1, state that Shanxi is not a publicly traded corporation and is not owned by any publicly traded entities.

Dated: New York, New York
          November 16, 2007

                              HOLLAND & KNIGHT LLP

          By: _____
                              Michael J. Frevola
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:    (212) 513-3200
                              Fax:    (212) 385-9010

                              *Attorneys for Defendant*
                              *Shanxi International Countertrade Corp.*