UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTEMIS SEACARRIERS LTD.,

    Plaintiff,

-against-

SHANXI INTERNATIONAL COUNTERTRADE CORP.,

    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 6 2007

07 Civ. 9348 (PAC)

**CONSENT ORDER** of Dismissal

**WHEREAS**, on or about October 18, 2007, Artemis Seacarriers Ltd. ("Artemis") filed this action against Shanxi International Countertrade Corp. ("Shanxi"), and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about October 23, 2007 (collectively, the "Process of Maritime Attachment and Garnishment"); and

**WHEREAS**, the Process of Maritime Attachment and Garnishment was subsequently served on various garnishee banks in this district; and

**WHEREAS**, garnishee Wachovia Bank has restrained three wire transfers that were being routed to accounts held by Shanxi in the amounts of $12,900.00, $13,851.00, and $50,081.19 totaling $76,832.19 (the "Security"); and

**WHEREAS**, Artemis and Shanxi have agreed to settle Artemis' claims;

**NOW**, pursuant to the subjoined consent of the attorneys for Artemis and Shanxi, it is:

NYDOCS1/294012.1

**ORDERED** that $60,000.00 of the Security held by Wachovia Bank is to be released and wired to an account of Artemis', which account details will be provided in a joint letter from the attorneys of Artemis and Shanxi to Wachovia Bank; and it is further

**ORDERED** that the sum of $2,300.00 of the Security held by Wachovia Bank is to be released and wired to an account of Holland & Knight LLP, attorneys for Shanxi in payment of legal fees in connection with this matter, which account details will be provided in a joint letter from the attorneys of Artemis and Shanxi to Wachovia Bank; and it is further

**ORDERED** that the remainder of the Security held by Wachovia Bank in the sum of $14,532.19 (plus any accumulated interest) is to be released to Shanxi in accordance with the original wire instructions accompanying those electronic funds transfers; and it is further

**ORDERED** that this Consent Order likewise shall apply to all further funds which have been restrained by any other garnishee upon whom the Process of Maritime Attachment and Garnishment was served and such funds are directed to be released, without Artemis having to apply for a supplemental consent order, in accordance with the original wire instructions; and it is further

**ORDERED** that this action is discontinued with prejudice and without costs as to either party subject to being reopened within 30 days if the restrained funds have not been received by the parties.

Dated: November 16, 2007

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, New York 10007
(212) 513-3516
(212) 385-9010 fax
michael.frevola@hklaw.com
*Attorneys for Defendant*
*Shanxi International Countertrade Corp.*

FREEHILL HOGAN & MAHAR, LLP

By: _____
Michael E. Unger (MU-0045)
80 Pine Street
New York, New York 10005-1759
(212) 425-1900
(212) 425-1901 fax
unger@freehill.com
*Attorneys for Plaintiff*
*Artemis Seacarriers Ltd.*

SO ORDERED:

November 16, 2007  PAC

_____
Paul A. Crotty
United States District Judge